[No. 25960-1-I.   Division One.   August 12, 1991.]

CHRISTOPHER MEALS, *Appellant,* v. KING BROADCASTING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-26690-9, James J. Dore, J., entered March 19, 1990. *Affirmed* by unpublished opinion per

Coleman, J., concurred in by Webster, A.C.J., and Baker, J.